| | | |
|---|---|---|
| JAYME REBECCA GOBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| TELCO COMMUNITY CREDIT | ) | |
| UNION, THE FAIRVILLE COMPANY, | ) | |
| LP and EQUIFAX INFORMATION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Joint Motion of Plaintiff Jayme Rebecca Goble and Defendant Telco Community Credit Union to Dismiss Defendant Telco Community Credit Union for the reasons stated in the Joint Motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and the claims of Plaintiff Jayme Rebecca Goble that were or could have been brought against Defendant Telco Community Credit Union are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

IT IS SO ORDERED.

Signed: July 28, 2016

Graham C. Mullen
United States District Judge