IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00360-GCM

| | |
|---|---|
| JAYME REBECCA GOBLE, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| FAIRVILLE COMPANY, LP | ) |
| TELCO COMMUNITY CREDIT UNION | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time of Scheduling Order Deadlines (Doc. No. 39), Defendant's Memorandum in Opposition (Doc. No. 40), and Plaintiff's Reply (Doc. No. 41). For the reasons stated in Plaintiff's Motion and Reply, the Motion will be **GRANTED**. Discovery will be due by September 26, 2016, and Dispositive Motions will be due by October 27, 2016. Plaintiff is advised that a fourth extension of time on these deadlines will not be granted absent consent from Defendant or a showing of extraordinary circumstances.

**SO ORDERED.**

Signed: August 19, 2016

_Graham C. Mullen_
Graham C. Mullen
United States District Judge