IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-360-GCM

| | |
|---|---|
| JAYME REBECCA GOBLE, )<br>　　　　Plaintiff, )<br> )<br>v )<br> )<br>TELCO COMMUNITY CREDIT )<br>UNION, *et al*, )<br>　　　　Defendants. ) | **ORDER** |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Due to the pending Motion for Summary Judgment, the trial in this matter is **RE-SET for the May 15, 2017** term of court.

IT IS SO ORDERED.

Signed: November 15, 2016

Graham C. Mullen
United States District Judge